UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROBERT SCHWIEGER,

                    Plaintiff,                    Case No. 1:09-cv-760

v.                                               Honorable Paul L. Maloney

JOHN PRELESNIK et al.,

                    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for

failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).


Dated:   September 28, 2009                  /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge